Approved by: ______________________________
ROBERT J. RAUCKHORST, JR.
Special Assistant United States Attorney

Before: THE HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York

17MAG.0649

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MISDEMEANOR COMPLAINT |
| -v- | : | Violation of 18 U.S.C. 661 |
| PATRICK SULLIVAN | : | |
| Defendant | : | COUNTY OF OFFENSE: WESTCHESTER |

SOUTHERN DISTRICT OF NEW YORK, ss:

ANTHONY LUCIANO, being duly sworn, deposes and says that he is a Police Officer, assigned to the Department of Veterans Affairs Police Service, Montrose Veterans Administration Hospital, Montrose, New York, which is located in the Southern District of New York, and charges as follows:

COUNT ONE

On or about November 12, 2016, at the Montrose Veterans Administration Hospital, Montrose, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, PATRICK SULLIVAN, the defendant, unlawfully, knowingly and willfully stole property of another, to-wit: while at the Breaking Grounds Facility, the defendant stole a pair of wireless headphones, which were the personal property of Mr. Brandon J. Frost.

(Title 18, United States Code, Section 661)

The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am a Police Officer, assigned to the Department of Veterans Affairs Police Service, Montrose Veterans Administration Hospital, Montrose, New York, which is located in the Southern District of New York.

2. Upon information and belief, on or about November 12, 2016 at approximately 8:00 a.m., Mr. Brandon Frost departed his assigned room, #207 in Building 13, locked the door and left for work. He returned later that night at approximately 11:55 p.m. and noticed that many of his personal belongings had been moved. Upon further inspection, Mr. Frost was unable to locate his wireless headphones.

3. Mr. Frost reported to the police station, made a sworn statement, and filed an official police report. Mr. Frost told the police that the only persons who have access to his room are Breaking Ground staff. He said he does not leave his door unlocked, and that no one other than facility staff have a key to his room.

4. On November 21, 2016, Investigator Luciano conducted a review of the video surveillance for the period of 8:00 a.m. to 12:00 a.m. from November 12, 2016 and saw one male, later identified as the defendant, enter the victim's room for a period of one and half minutes.

5. At approximately 11:38 p.m., the defendant is observed leaving the laundry room carrying a black garbage bag and exits the area to leave the building.

6. On November 22, 2016, Investigator Luciano made contact with Mr. Howard Charton, Director of Breaking Grounds, and assistant director, Mr. Bryant Keyes, to assist with identifying the suspect. Both Mr. Charton and Mr. Keyes identified the suspect as the defendant, a part-time employee.

7. On November 26, 2016 at approximately 4:30 p.m., Mr. Charton escorted the defendant to the police station for an interview. Investigator Luciano conducted the interview and during the interview the defendant completed a written statement admitting that he had stolen the wireless headphones. The defendant indicated the stolen items were currently at his residence, where they were later recovered.

8. Defendant was issued one United States District Court Violation Notice for theft/possession of personal property under $1000 (DCVN Number 6744788/SY53).

9. The defendant was released on his own recognizance.

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

ANTHONY LUCIANO
Veterans Administration Police Service

Sworn to before me this
27th day of January, 2017

HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York